

FILED
CLERK, U.S. DISTRICT COURT
NOV 10 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Keven Chen Chieh Yang,<br>DEFENDANT(S). | CASE NUMBER<br>11-MJ-02697<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defender___, IT IS ORDERED that a detention hearing is set for ___November 15___, ___2011___, at ___9:00___ ☒a.m. / ☐p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20, 3d Floor___.
312 N. Spring St. LA, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __11/10/11__            _____
                                U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                Page 1 of 1